# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D22-1519
_____

REGINALD J. BOUIE, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John F. Simon Jr., Judge.

September 29, 2022


PER CURIAM.

AFFIRMED.

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Reginald J. Bouie, Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.